UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and others similarly situated, | Case No. 2:25-cv-10985-LJM-CI |
| Plaintiff, | Hon. Laurie J. Michelson |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| CREDIT ACCEPTANCE CORPORATION, | |
| Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff Kimberly Carr and the proposed class.

Respectfully Submitted,

BLACKMORE LAW PLC

/s/ George T. Blackmore
By: George T. Blackmore (P76942)
1100 Owendale Drive
Suite M
Troy, MI 48083
Phone: (888) 835-2993
george@blackmore.law
*Local Counsel for Plaintiff and the proposed class*

Dated: May 6, 2025

1

## CERTIFICATE OF SERVICE

I certify that on May 6, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore