UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No.: 2:25-cv-10985-LJM-CI<br><br>Honorable Laurie J. Michelson<br><br>Magistrate Judge Curtis Ivy, Jr. |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE CERTAIN ALLEGATIONS FROM PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

On June 12, 2025, Credit Acceptance Corporation ("Credit Acceptance") moved to dismiss Kimberly Carr's Amended Class Action Complaint and/or strike Ms. Carr's class action allegations (the "Motion"). ECF No. 13. Ms. Carr filed her response in opposition on July 1, 2025. ECF No. 15.

1.   Through her opposition, Ms. Carr relied, in part, on *Elliot v. Humana Inc.*, No. 3:22-cv-00329-RGL, 2025 WL 1065755 (W.D. Ky. Apr. 9, 2025) (certifying Telephone Consumer Protection Act ("TCPA") class defined nearly identically to Ms. Carr's proposed class here). *See* ECF No. 15, PageID.152-153.

Subsequent to the close of briefing on Credit Acceptance's Motion, the Sixth Circuit Court of Appeals denied the defendant's motion for interlocutory review of

the district court's class certification order in *Elliot*. *See In re Humana, Inc.*, --- F.4th ----, 2025 WL 3759613 (6th Cir. Dec. 30, 2025). Ms. Carr respectfully submits that the Sixth Circuit's holding strongly rebuts Credit Acceptance's assertion that Ms. Carr's proposed TCPA class is facially uncertifiable. *See id.* at *2 ("Humana has not shown that the district court abused its discretion in finding that predominance is satisfied even if the issue of consent cannot be determined on a class-wide basis.").

2.  Separately, Ms. Carr respectfully submits *Saggio v. Medicredit, Inc.*, No. 4:22-cv-01005-JAR, 2026 WL 183533 (E.D. Mo. Jan. 23, 2026). There, the district court certified a TCPA class action defined nearly identically to Ms. Carr's proposed class here, further undermining Credit Acceptance's suggestion that no class could be certified. *See id.* at *6.

RESPECTFULLY SUBMITTED AND DATED this January 27, 2026.

*s/ Michael L. Greenwald*
Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone:  (561) 826-5477
Email:  mgreenwald@gdrlawfirm.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Email:  anthony@paronichlaw.com

*Attorneys for Plaintiff and the Proposed Class*