UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. 25-10985<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Curtis Ivy, Jr. |

### APPEARANCE OF PATRICK G. RIDEOUT

PLEASE TAKE NOTICE that Patrick G. Rideout of the law firm Skadden, Arps, Slate, Meagher & Flom LLP has this day entered his appearance as counsel for Defendant Credit Acceptance Corporation.

                                              Respectfully submitted,

                                              /s/ Patrick G. Rideout
                                              Patrick G. Rideout
                                              SKADDEN, ARPS, SLATE
                                                 MEAGHER & FLOM LLP
                                              One Manhattan West
                                              New York, New York 10001
                                              (212) 735-2702
                                              patrick.rideout@skadden.com

                                              *Attorney for Defendant*
                                              *Credit Acceptance Corporation*

Dated:  February 12, 2026

## **CERTIFICATE OF SERVICE**

      Patrick G. Rideout, an attorney, certifies that on February 12, 2026, he electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                            /s/ Patrick G. Rideout