UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. 25-10985<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Curtis Ivy, Jr. |

## APPEARANCE OF CHRISTOPHER R. FREDMONSKI

PLEASE TAKE NOTICE that Christopher R. Fredmonski of the law firm Skadden, Arps, Slate, Meagher & Flom LLP has this day entered his appearance as counsel for Defendant Credit Acceptance Corporation.

                                      Respectfully submitted,

                                       /s/ Christopher R. Fredmonski
                                      Christopher R. Fredmonski
                                      SKADDEN, ARPS, SLATE
                                         MEAGHER & FLOM LLP
                                      One Manhattan West
                                      New York, New York 10001
                                      (212) 735-3275
                                      christopher.fredmonski@skadden.com

                                      *Attorney for Defendant*
                                      *Credit Acceptance Corporation*

Dated: February 12, 2026

## **CERTIFICATE OF SERVICE**

      Christopher R. Fredmonski, an attorney, certifies that on February 12, 2026, he electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                  /s/ Christopher R. Fredmonski