UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-10985-LJM-CI<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Curtis Ivy, Jr. |

**NOTICE OF DECLINATION OF CONSENT TO MAGISTRATE JUDGE**

Pursuant to this Court's Order Regarding Consent to Magistrate Judge Jurisdiction (ECF No. 20), the parties respectfully notify the Court that they do not consent.

RESPECTFULLY SUBMITTED AND DATED this February 12, 2026.

*s/ Michael L. Greenwald*
Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Email: mgreenwald@gdrlawfirm.com

Anthony Paronich
PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Email: anthony@paronichlaw.com

George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
Telephone: (888) 835-2993
Email: george@blackmore.law

*Attorneys for Plaintiff and the Proposed Class*


 /s/ Stephen W. King
Stephen W. King (P56456)
KING & ASSOCIATES, PLLC
355 S. Old Woodward, Suite 100
Birmingham, MI  48009
(248) 792-2398
sking@kingandmurray.com

Patrick G. Rideout
Meredith C. Slawe
Christopher R. Fredmonski
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
patrick.rideout@skadden.com
meredith.slawe@skadden.com
christopher.fredmonski@skadden.com

*Attorneys for Defendant*
*Credit Acceptance Corporation*

2