UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KIMBERLY CARR, on behalf of herself
and others similarly situated,
_____,

                       Plaintiff(s),

v.

CREDIT ACCEPTANCE CORPORATION
_____,

Case No. 2:25-cv-10985-LJM-CI

HONORABLE Laurie J. Michelson

                       Defendant(s).
_____/

## STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:

_____CREDIT ACCEPTANCE CORPORATION_____ (party name),

who is a (check one)  ☐ PLAINTIFF  ☑ DEFENDANT  ☐ OTHER: _____ makes the following disclosure: [1]

### PART I – CITIZENSHIP

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☐ This party is a corporation incorporated in the State of _____ and with a principal place of business in the State of _____.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

    If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

    _____

    _____

    _____

☐ This party is a trust.

    If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

    _____

    _____

    _____

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
☐ This party has one or more parent entities.
    If so, identify all parent entities.

_____

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☑ This party has one or more subsidiaries.
    If so, identify all subsidiaries.

Due to space constrictions, Credit Acceptance Corporation will

identify its subsidiaries in an addendum to this form.

☐ This party has one or more affiliates.
    If so, identify all affiliates.

☑ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
    If so, identify all such owners.

    Prescott General Partners LLC

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
    If so, identify each such entity's financial interest in the litigation.

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: /s/ Patrick G. Rideout
Printed Name: Patrick G. Rideout
Bar Number: 
Firm Name: Skadden, Arps, Slate, Meagher & Flom LLP
Address: One Manhattan West
City, State, Zip Code: New York, New York  10001
Phone/Fax: (212) 735-3000
Email Address: patrick.rideout@skadden.com

Date: February 13, 2026

## ADDENDUM—LIST OF SUBSIDIARIES

Buyers Vehicle Protection Plan, Inc.
CAC International Holdings, LLC
CAC Reinsurance, Ltd.
CAC Scotland
CAC Warehouse Funding LLC II
CAC Warehouse Funding LLC IV
CAC Warehouse Funding LLC V
CAC Warehouse Funding LLC VI
CAC Warehouse Funding LLC VIII
Credit Acceptance Auto Loan Trust 2019-3
Credit Acceptance Auto Loan Trust 2020-1
Credit Acceptance Auto Loan Trust 2020-2
Credit Acceptance Auto Loan Trust 2020-3
Credit Acceptance Auto Loan Trust 2021-2
Credit Acceptance Auto Loan Trust 2021-3
Credit Acceptance Auto Loan Trust 2021-4
Credit Acceptance Auto Loan Trust 2022-1
Credit Acceptance Auto Loan Trust 2022-3
Credit Acceptance Auto Loan Trust 2023-1
Credit Acceptance Auto Loan Trust 2023-2
Credit Acceptance Auto Loan Trust 2023-3
Credit Acceptance Auto Loan Trust 2023-5
Credit Acceptance Auto Loan Trust 2024-A
Credit Acceptance Auto Loan Trust 2024-1
Credit Acceptance Auto Loan Trust 2024-2
Credit Acceptance Auto Loan Trust 2024-3
Credit Acceptance Auto Loan Trust 2025-1
Credit Acceptance Auto Loan Trust 2025-2
Credit Acceptance Auto Loan Trust 2026-1
Credit Acceptance Auto Loan Trust 2026-2
Credit Acceptance Corporation of South Dakota, Inc.
Credit Acceptance Funding LLC 2018-1
Credit Acceptance Funding LLC 2018-2
Credit Acceptance Funding LLC 2018-3
Credit Acceptance Funding LLC 2019-1
Credit Acceptance Funding LLC 2019-2
Credit Acceptance Funding LLC 2019-3
Credit Acceptance Funding LLC 2020-1

Credit Acceptance Funding LLC 2020-2
Credit Acceptance Funding LLC 2020-3
Credit Acceptance Funding LLC 2021-1
Credit Acceptance Funding LLC 2021-2
Credit Acceptance Funding LLC 2021-3
Credit Acceptance Funding LLC 2021-4
Credit Acceptance Funding LLC 2022-1
Credit Acceptance Funding LLC 2022-2
Credit Acceptance Funding LLC 2022-3
Credit Acceptance Funding LLC 2023-1
Credit Acceptance Funding LLC 2023-2
Credit Acceptance Funding LLC 2023-3
Credit Acceptance Funding LLC 2023-A
Credit Acceptance Funding LLC 2023-5
Credit Acceptance Funding LLC 2024-A
Credit Acceptance Funding LLC 2024-1
Credit Acceptance Funding LLC 2024-2
Credit Acceptance Funding LLC 2024-3
Credit Acceptance Funding LLC 2024-B
Credit Acceptance Funding LLC 2025-1
Credit Acceptance Funding LLC 2025-2
Credit Acceptance Funding LLC 2026-1
Credit Acceptance Funding LLC 2026-2
Vehicle Remarketing Services, Inc.
VSC Re Company