UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. 25-10985<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Curtis Ivy, Jr. |

**STIPULATION REGARDING ADJOURNMENT
OF THE CASE MANAGEMENT CONFERENCE
AND OTHER CASE DEADLINES BY 30 DAYS**

Plaintiff Kimberly Carr and Defendant Credit Acceptance Corporation hereby stipulate and agree as follows:

WHEREAS, on April 7, 2025, Plaintiff commenced this putative class action asserting claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227. (ECF No. 1.)

WHEREAS, on May 29, 2025, Plaintiff filed an amended complaint (ECF No. 12), and, on June 12, 2025, Credit Acceptance moved to dismiss that complaint and strike certain allegations. (ECF Nos. 13, 15-16.)

WHEREAS, on February 4, 2026, the Court issued an opinion and order granting in part and denying in part Credit Acceptance's motion to dismiss. (ECF No. 18.)

WHEREAS, pursuant to Rule(a)(4)(A) of the Federal Rules of Civil Procedure, Credit Acceptance's answer to Plaintiff's amended complaint is due on February 18, 2026;

WHEREAS, on February 5, 2026, the Court entered an order directing the parties to appear for a telephonic Case Management and Schedule Conference at 9:00 a.m. on February 25, 2026 (the "Conference") and, prior to the Conference, to have a meaningful meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and to submit a Joint Case Management Report/Discovery Plan (the "Plan") no later than five calendar days before the Conference. (ECF No. 19.)

WHEREAS, on February 12, 2026, the undersigned counsel appeared in the action ("New Counsel") on behalf of Credit Acceptance.

WHEREAS, pursuant to Local Rule 7.1(a), on February 11 and 12, 2026, New Counsel conferred with counsel for Plaintiff's by video conference and email, and the parties have agreed to a modest 30-day adjournment of the Conference and all other case deadlines to allow New Counsel to get up to speed on the case.

IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that the Conference and all other case deadlines, including Credit

2

Acceptance's deadline to answer the amended complaint, shall be adjourned for a period of at least 30 days, as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Credit Acceptance's Answer to Plaintiff's Amended Complaint | February 18, 2026 | March 20, 2026 |
| Joint Case Management Report/Discovery Plan | February 20, 2026 | March 20, 2026 |
| Case Management and Scheduling Conference | February 25, 2026 | March 27, 2026 (or as soon thereafter as the Court is available) |

| | |
|---|---|
| Dated: February 16, 2026 | Respectfully submitted, |

| | |
|---|---|
|  /s/ Michael L. Greenwald  (with consent) |  /s/ Patrick G. Rideout  |
| Michael L. Greenwald | Patrick G. Rideout |
| GREENWALD DAVIDSON | Meredith C. Slawe |
|    RADBIL PLLC | Christopher R. Fredmonski |
| 5550 Glades Road, Suite 500 | SKADDEN, ARPS, SLATE, |
| Boca Raton, FL 33431 |    MEAGHER & FLOM LLP |
| (561) 826-5477 | One Manhattan West |
| mgreenwald@gdrlawfirm.com | New York, New York 10001 |
| | (212) 735-3000 |
| Anthony Paronich | patrick.rideout@skadden.com |
| PARONICH LAW, P.C. | meredith.slawe@skadden.com |
| 350 Lincoln Street, Suite 2400 | christopher.fredmonski@skadden.com |
| Hingham, MA 02043 | |
| (617) 485-0018 | Stephen W. King (P56456) |
| anthony@paronichlaw.com | KING & ASSOCIATES, PLLC |
| | 355 S. Old Woodward, Suite 100 |
| George T. Blackmore (P76942) | Birmingham, MI 48009 |
| BLACKMORE LAW PLC | (248) 792-2398 |
| 1100 Owendale Drive, Suite M | sking@kingandmurray.com |
| Troy, MI 48083 | |
| (888) 835-2993 | *Attorneys for Defendant* |
| george@blackmore.law | *Credit Acceptance Corporation* |

*Attorneys for Plaintiff*

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. 25-10985<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Curtis Ivy, Jr. |

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE AND OTHER CASE DEADLINES BY 30 DAYS**

The Stipulation Regarding Adjournment of the Case Management Conference and Other Case Deadlines By 30 Days having been considered, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Credit Acceptance's answer to Plaintiff's amended complaint is due on or before March 20, 2026;

2. The parties shall prepare and file a Joint Case Management Report/Discovery Plan in accordance with the Court's February 5, 2026 Order no later than March 20, 2026;

3.     The Case Management and Scheduling Conference is adjourned until March 27, 2026, at 9:00 a.m. at which time the parties are directed to appear telephonically before the Honorable Laurie J. Michelson.

**IT IS SO ORDERED.**

Dated:  February 17, 2026

 s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE