UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>        Defendant. | Case No. 25-10985<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Curtis Ivy, Jr. |

## APPEARANCE OF MICHAEL W. MCTIGUE JR.

PLEASE TAKE NOTICE that Michael W. McTigue Jr. of the law firm Skadden, Arps, Slate, Meagher & Flom LLP has this day entered his appearance as counsel for Defendant Credit Acceptance Corporation.

Respectfully submitted,

 /s/ Michael W. McTigue Jr.
Michael W. McTigue Jr.
SKADDEN, ARPS, SLATE
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3529
michael.mctigue@skadden.com

*Attorney for Defendant*
*Credit Acceptance Corporation*

Dated:  February 18, 2026

## <u>CERTIFICATE OF SERVICE</u>

 Michael W. McTigue Jr., an attorney, certifies that on February 18, 2026, he electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

       /s/ Michael W. McTigue Jr.

2