**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and others similarly situated, | Case No. 2:25-cv-10985-LJM-CI |
| Plaintiff, | Hon. Laurie J. Michelson<br>Mag. Curtis Ivy, Jr. |
| v. | |
| CREDIT ACCEPTANCE CORPORATION, | |
| Defendant. | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to E.D. Mich. Local Civil Rule 83.25(b)(2), A. Paul Heeringa, with the law firm of Manatt, Phelps & Phillips, LLP (collectively, "Manatt") respectfully moves for leave to withdraw as counsel of record for Defendant Credit Acceptance Corporation ("Defendant"), and states as follows:

1. Manatt currently appears as counsel of record for Defendant in this matter.

2. Defendant has retained new counsel, Meredith Slawe, Michael McTigue, Patrick G. Rideout and Christopher Fredmonski of Skadden, Arps, Slate, Meagher & Flom LLP (collectively, "Skadden").

3. Skadden has entered an appearance in this action on February 12, 2026, and remains counsel of record for Defendant.

4.     Because substitute counsel has appeared, Defendant will continue to be represented in this matter, and no party will be prejudiced by Manatt's withdrawal.

5.     Manatt has conferred with Defendant regarding this Motion, and Defendant consents to the requested withdrawal.

WHEREFORE, Manatt respectfully requests that the Court enter an Order granting leave for A. Paul Heeringa to withdraw as counsel of record for Defendant.

Dated: March 30, 2026

Respectfully submitted,

By: /s/ *A. Paul Heeringa*

A. Paul Heeringa
**MANATT, PHELPS &
PHILLIPS, LLP**
151 N. Franklin Street, Suite 2600
Chicago, IL 60606
Telephone: (312) 529-6300
Email: pheeringa@manatt.com

## **<u>CERTIFICATE OF SERVICE</u>**

On March 30, 2026, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF filing system, which will send notification of such filing to all registered participants.

*/s/ A. Paul Heeringa*