**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and others similarly situated,<br><br>          Plaintiff,<br><br><br><br>          v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>          Defendant. | Case No. 2:25-cv-10985-LJM-CI<br><br>Hon. Laurie J. Michelson<br>Mag. Curtis Ivy, Jr. |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The Court, having received, reviewed, and considered the Motion for Leave to Withdraw as Counsel filed by A. Paul Heeringa, Esq. (ECF No. 31, the "Motion"), due notice having been given, the Court being fully apprised in the premises, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. All Notices of Electronic Filing issued in this matter are hereby terminated with respect to counsel A. Paul Heeringa.

**SO ORDERED on this 30th day of March, 2026**

s/Laurie J. Michelson
LAURIE J. MICHELSON
United States District Judge