UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and others similarly situated, | Case No. 2:25-cv-10985 |
| Plaintiff, | Honorable Laurie J. Michelson |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| CREDIT ACCEPTANCE CORPORATION, | |
| Defendant. | |

**APPEARANCE OF BRENDAN H. FREY**

PLEASE TAKE NOTICE that Brendan H. Frey of the law firm Frey Law, PLLC has this day entered his appearance as counsel for Defendant Credit Acceptance Corporation.

Respectfully submitted,

/s/ Brendan H. Frey
Brendan H. Frey (P70893)
Frey Law, PLLC
63 Kercheval, suite 10
Grosse Pointe Farms, MI 48236
(313) 985-0021
brendan@freylawmi.com

*Attorney for Defendant*
*Credit Acceptance Corporation*

Dated: May 28, 2026

## <u>CERTIFICATE OF SERVICE</u>

Brendan H. Frey, an attorney, certifies that on May 28, 2026, he electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<div align="center" style="margin-right:2em">

_/s/Brendan H. Frey_

</div>