UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KIMBERLY CARR, on behalf of
herself and others similarly situated,

      Plaintiff,

v.

CREDIT ACCEPTANCE
CORPORATION,

      Defendant.

                                   /

Case No. 2:25-cv-10985-LJM-CI

Hon. Laurie J. Michelson

Magistrate Judge Curtis Ivy, Jr.

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Dana J. Oliver, Esq., enters his appearance as counsel on behalf of Plaintiff Kimberly Carr and the proposed class.

Respectfully Submitted,

OLIVER LAW CENTER, INC.

/s/ *Dana J. Oliver*
By: Dana J. Oliver (291082)
8780 19th Street #559
Rancho Cucamonga, CA 91701
Phone: (855) 384-3262
dana@danaoliverlaw.com
*Attorney for Plaintiff and the proposed class*

Dated: June 30, 2026

*1*

2

## CERTIFICATE OF SERVICE

I certify that on June 30, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ *Dana J. Oliver*
Dana J. Oliver

*2*