UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY CARR, on behalf of herself and all others similarly situated,

Plaintiff,

v.

CREDIT ACCEPTANCE CORPORATION,

Defendant.

Case No. 25-10985

Honorable Laurie J. Michelson
Magistrate Judge Curtis Ivy, Jr.

**ORDER EXTENDING**
**DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

The Joint Motion to Extend Discovery and Dispositive Motion Deadlines having been considered, and good cause appearing therefore, the Court hereby enters the following revised schedule to govern discovery in this case:

| EVENT | REVISED DEADLINE |
|---|---|
| Fact Witness Lists Filed | January 21, 2027 |
| Plaintiff's Expert Disclosures | February 16, 2027 |
| Fact Discovery Completed | February 22, 2027 |
| Defendant's Expert Disclosures | March 16, 2027 |
| Rebuttal Expert Disclosures | April 5, 2027 |

| | |
|---|---|
| Expert Discovery Completed | May 6, 2027 |
| Dispositive Motions Filed and Challenges to Experts | June 3, 2027 |

SO ORDERED.

Dated: September 4, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE