UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY CARR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. 25-10985<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Curtis Ivy, Jr. |

**ORDER FOR FACILITATION**

The Parties having agreed with the approval of the Court that this case be submitted to facilitation, IT IS ORDERED THAT:

1. Honorable Diane M. Welsh (Ret.) is appointed Facilitator in this matter.

2. The Facilitator shall be paid at the rate of $1,750 per hour, with the parties dividing the costs equally.

3. The Facilitation shall take place on November 30, 2026, beginning at 10 a.m. Eastern.

4. The following persons shall be present:

    a. Attorneys in principal in charge of the case;

    b. Plaintiff;

    c. Defendant;

d. Representatives of the parties with complete settlement authority.

5. Oral or written statements made for or during Facilitation by anyone are inadmissible in any evidentiary proceeding. The Facilitator may not be called to testify about the Facilitation.

Date: September ___, 2026

*/s/ Michael L. Greenwald* (with consent)
Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
(561) 826-5477
mgreenwald@gdrlawfirm.com

Attorneys for Plaintiff

*/s/ Meredith C. Slawe*
Meredith C. Slawe
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
meredith.slawe@skadden.com

Attorneys for Defendant

Dated: September 4, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE